UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA BARRIX,

        Plaintiff,                             Case No. 1:10-cv-809

v.                                                HON. JANET T. NEFF

FIRST PREMIER BANK CARD,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation (Dkt 32) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 21, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Order to Cease and Desist and Order of Assessment of a Civil Money Penalty Issued Upon Consent, construed as a Motion for Preliminary Injunction (Dkt 17) is **DENIED** for the reasons stated in the Report and Recommendation.

Dated: April 12, 2011                                     /s/Janet T. Neff
                                                              JANET T. NEFF
                                                              UNITED STATES DISTRICT JUDGE