UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA BARRIX,

        Plaintiff,                        Case No. 1:10-cv-809

v.                                        HON. JANET T. NEFF

FIRST PREMIER BANK CARD,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed December 8, 2011 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 39) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is DISMISSED WITH PREJUDICE for the reasons stated in the Report and Recommendation.

A Judgment consistent with this Order will enter.


Dated: December 28, 2011                                   /s/Janet T. Neff
                                                              JANET T. NEFF
                                                              UNITED STATES DISTRICT JUDGE